UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23449-CIV-MARTINEZ

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

v.

HDMVS.TOP, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Application for Entry of Preliminary Injunction (the "Motion"), (ECF No. 5). (ECF No. 11). Judge Sanchez filed an R&R recommending that the Motion be **GRANTED**. (ECF No. 27 at 2). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Sanchez's R&R, (ECF No. 27), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Plaintiff's Plaintiffs' Application for Entry of Preliminary Injunction, (ECF No. 5), is **GRANTED** as set forth in Judge Sanchez's R&R.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of October, 2024.

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record