UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23449-CIV-MARTINEZ/Sanchez

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

v.

HDMVS.TOP, *et al.*,

    Defendants.

                                    /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Entry of Default Final Judgment Against Defendants [ECF No. 35]. [ECF No. 36]. Judge Sanchez filed his R&R [ECF No. 41], recommending that Plaintiff's Motion be granted, and that damages and injunctive relief be awarded. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation **[ECF No. 41]** is **AFFIRMED** and **ADOPTED**.

    2.    Plaintiffs' Motion for Default Final Judgment **[ECF No. 35]** is **GRANTED**.

    3.    Final Judgment will be entered by separate order.

    **DONE AND ORDERED** in Miami, Florida, this _13_ day of March, 2026.

                                                               _____

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Sanchez
        All Counsel of Record